UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AVIO, INC.,

        Plaintiff,　　　　　　　　　　No. 10-10221

v.　　　　　　　　　　　　　　　　District Judge Gerald E. Rosen
　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

ALFOCCINO OF AUBURN HILLS,
INC., ET AL.,

        Defendants.
_____ /

## ORDER

For the reasons and under the terms stated on the record on July 16, 2013, Plaintiff's Motion for Expenses and Attorney's Fees [Doc. #63] is GRANTED IN PART AND DENIED IN PART.

The motion is GRANTED to the extent that Plaintiff is awarded $429.80 for airfare and $65.08 for automobile rental, for a total of $494.88.

In all other respects, the motion is DENIED.

IT IS SO ORDERED.


Dated: July 16, 2013　　　　　　　　s/ R. Steven Whalen
　　　　　　　　　　　　　　　　　R. STEVEN WHALEN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 16, 2013, electronically and/or by U.S. mail.

　　　　　　　　　　　　　　　　　s/Michael Williams
　　　　　　　　　　　　　　　　　Relief Case Manager to the
　　　　　　　　　　　　　　　　　Honorable R. Steven Whalen