UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AVIO, INC.,

        Plaintiff,                               No. 10-10221

v.                                         District Judge Gerald E. Rosen
                                             Magistrate Judge R. Steven Whalen

ALFOCCINO OF AUBURN HILLS,
INC., ET AL.,

        Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on July 16, 2013, Defendants' Motion to Dismiss or in the Alternative to Compel Plaintiff's Attendance at Deposition [Doc. #69] is GRANTED IN PART AND DENIED IN PART.

The motion to dismiss is DENIED.

The motion to compel Plaintiff's deposition is GRANTED. Counsel will cooperate in arranging a time and date for the deposition.

IT IS SO ORDERED.

Dated: July 16, 2013              s/ R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 16, 2013, electronically and/or by U.S. mail.

                                                s/Michael Williams
                                                Relief Case Manager to the
                                                Honorable R. Steven Whalen